```
 1
 2
 3
 4                      UNITED STATES DISTRICT COURT
 5                     EASTERN DISTRICT OF WASHINGTON
 6   UNITED STATES OF AMERICA,        )
                                      )   NO.     CR-11-0169-WFN-1
 7                      Plaintiff,    )
                                      )
 8        -vs-                        )   ORDER
                                      )
 9   BRET ALLEN RIGGIN,               )
                                      )
10                      Defendant.    )
                                      )
11
```

12   A restitution hearing was held July 10, 2012. The Defendant, who is not in custody,
13 was present and represented by Robert Fischer; Assistant United States Attorney George
14 Jacobs, III represented the Government; United States Probation Officer Gloria Petretee was
15 also present. Prior to hearing evidence on the restitution issue, the Court ruled on pending
16 motions pertaining to sentencing.

17   The Court has reviewed the file and Motions and is fully informed. This Order is
18 entered to memorialize and supplement the oral rulings of the Court. Accordingly,

19   **IT IS ORDERED** that:

20   1. Defendant's Motion to Arrest Judgment, filed May 18, 2012, **ECF No. 39**, is
21 **DENIED AS MOOT**. The judgment was held pending the restitution hearing and while the
22 Court considered the Defendant's Motion for Reconsideration.

23   2. Defendant's Motion for Reconsideration, filed May 18, 2012, **ECF No. 40**, is
24 **DENIED** for the reasons stated at the hearing.

25   The District Court Executive is directed to file this Order and provide copies to counsel
26 **AND TO** United States Probation Officer Gloria Petretee.

ORDER - 1

**DATED** this 11th day of July, 2012.

                                                s/ Wm. Fremming Nielsen
                                                 WM. FREMMING NIELSEN
07-10-12                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2